MCGUIREWOODS LLP
Susan L. Germaise (State Bar No. 176595)
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Telecopier: (310) 315-8210
sgermaise@mcguirewoods.com

Attorneys for Defendant
Apelles, L.L.C.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JEANNE CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>APELLES, L.L.C.,<br><br>Defendant. | CASE NO. 2:10-CV-00461-WBS-EFB<br><br>**[PROPOSED] ORDER ON STIPULATION TO FURTHER EXTEND TIME FOR APELLES, LLC TO RESPOND TO COMPLAINT**<br><br>Discovery Cutoff:   None set<br>Motion Cutoff:       None set<br>Pre-Trial Conf.:     None set<br>Trial:                       None set |

Pursuant to the Stipulation to Further Extend Time for Apelles, LLC to Respond to Complaint ("Stipulation") entered into by Plaintiff Jeanne Chavez and Defendant Apelles, LLC, by and through their counsel of record herein, whereby the time for Defendant Apelles to respond to the Complaint is extended from April 20, 2010 to through and including April 27, 2010, and good cause appearing therefor,

1
2     IT IS HEREBY ORDERED that the Stipulation is granted and the time for
3 Defendant Apelles to respond to the Complaint is extended from April 20, 2010 to
4 through and including April 27, 2010.
5 DATED:  April 27, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted by:

McGuireWoods LLP

By:  /S/ Susan L. Germaise
    Susan L. Germaise
Attorneys for Defendant
Apelles, LLC

2